UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-26-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **DISMISSAL OF COUNT ONE OF** |
| ) | **THE INDICTMENT** |
| MALIK JAMAL FOREMAN ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count One of the indictment in this matter.

GEORGE E.B. HOLDING
United States Attorney

BY: /s/ Denise Walker
DENISE WALKER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
E-mail: denise.walker@usdoj.gov
NC State Bar No. 34271

Leave for filing of the foregoing is hereby granted this 22¢ day of March, 2011.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE